# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:09cr76/MCR

**JOSE JIMENEZ RODRIGUEZ**

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **JOSE JIMENEZ RODRIGUEZ,** pursuant to Title 18, United States Code, Section 982(a), as all property, real and personal, that constitutes or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of such violation listed in Count Four regarding the concealing and harboring of illegal aliens;

AND WHEREAS, on or about August 26, 2009, defendant, **JOSE JIMENEZ RODRIGUEZ**, pled guilty to the violations set forth in the Indictment and consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

AND WHEREAS, by virtue of said guilty plea and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Section 982(a) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is as follows:

**(A)  $26,402.00 in United States currency seized pursuant to four federal search warrants executed on or about May 3, 2009.**

3. That an Order of preliminary forfeiture is hereby entered in favor of the United States against defendant **JOSE JIMENEZ RODRIGUEZ** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 27th day of August, 2009.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**