IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:09cr76/MCR

JOSE JIMENEZ RODRIGUEZ
_____/

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT
### JOSE JIMENEZ RODRIGUEZ

WHEREAS, on August 27, 2009, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982(a), based upon the defendant's guilty plea to the Indictment in this action, and the defendant's consent to the forfeiture of **$26,402.00 in United States currency** as assets or proceeds used or derived from said conduct upon such guilty plea;

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2 (b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **JOSE JIMENEZ RODRIGUEZ** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

FILED IN OPEN COURT
11-12-2009
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

IT IS HEREBY ORDERED:

That all of defendant's right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to defendant **JOSE JIMENEZ RODRIGUEZ** for all purposes.

IT IS SO ORDERED this 6th day of November 2009.

_M. Casey Rodgers_
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE